## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MACLEAN-FOGG COMPANY, et al.

Plaintiffs,

v.

NINGBO FASTLINK EQUIPMENT, CO., LTD., et al.

Defendants.



08CV2593
**JUDGE GUZMAN**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MACLEAN-FOGG COMPANY and MACLEAN POWER, LLC

# FILED

MAY 0 6 2008
5 / 6 / 08
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| NAME (Type or print) |
| --- |
| Robert J. Ambrose  rambrose@aldenlawgroup.com |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| |

| FIRM |
| --- |
| The Alden Law Group, LLP |

| STREET ADDRESS |
| --- |
| 2122 York Road, Suite 180 |

| CITY/STATE/ZIP |
| --- |
| Oak Brook, IL 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6238966 | (630) 368-7676 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |
| --- | --- | --- |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐