# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must [be a] member in good standing of this Court's general bar or be granted leave to [appear pro hac vice] as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MacLean-Fogg Company, a Delaware Corporation, and MacLean Power, L.L.C., a Delaware Limited Liability Company

Plaintiffs,

08CV2593
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MACLEAN-FOGG COMPANY and MACLEAN POWER, L.L.C.

FILED 5/6/08
MAY 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) Milena J. Spencer |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM Winston & Strawn LLP |
| STREET ADDRESS 35 West Wacker Drive |
| CITY/STATE/ZIP Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284044 | TELEPHONE NUMBER 312-558-5600 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐