## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MacLean-Fogg Company, a Delaware Corporation, and MacLean Power, L.L.C., a Delaware Limited Liability Company

Plaintiffs,

08CV2593
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MACLEAN-FOGG COMPANY and MACLEAN POWER, L.L.C.

FILED
MAY 0 6 2008
5/6/08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

| NAME (Type or print) |
| --- |
| Bradley C. Graveline |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Bradley C. Graveline |

| FIRM |
| --- |
| Winston & Strawn LLP |

| STREET ADDRESS |
| --- |
| 35 West Wacker Drive |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6203817 | 312-558-5600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐