**United States District Court for the Northern District of Illinois**

Case 08CV2593
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

Assigned/Issued By: ____

**Amount Due:**

[x] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

No. Service copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00   Receipt #: 4624002060
Date Payment Rec'd: 5/6/8   Fiscal Clerk: ____

**ISSUANCES**

[x] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgement
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____ (Type of Writ)

(Victim and $ Amount)

5 Original and 5 copy on 5/6/8 as to All Def's
(Date)

C:\wpwin80\docket\feeinfo.frm   04/07/05