**FILED**
MAY 0 8 2008 NF
5/6/08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACLEAN-FOGG COMPANY, a Delaware Corporation, and MACLEAN POWER, L.L.C., a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NINGBO FASTLINK EQUIPMENT, CO., LTD., an Alien Company, DAVID ZHANG, an Alien, CHARLIE JIN, an Alien, INTERNATIONAL CABLE CORPORATION, a Massachusetts Corporation, and CABLENETWORK ASSOCIATES, INC., a Florida Corporation,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 08CV2593<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN |

## REQUEST FOR FILING THE CASE UNDER SEAL

Plaintiffs, MacLean-Fogg Company and MacLean Power, L.L.C. (collectively, "MacLean"), by their attorneys, Winston & Strawn, LLP and The Alden Law Group, LLP, state as follows:

1. MacLean intends to file its Complaint For Injunctive And Other Relief and any and all other necessary documents in the above captioned case under seal.

2. Due to special circumstances which MacLean will promptly bring to the attention of the judge to whom the case is to be assigned, it is necessary to restrict access to the case at filing;

3. MacLean is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the fourth business day following the date of filing

Dated: May 6, 2008	Respectfully Submitted,

MACLEAN-FOGG COMPANY,
MACLEAN POWER, LLC

By: _____
Email: bgraveline@winston.com
One of Their Attorneys

Bradley C. Graveline
Brian D. Fergemann
Milena J. Spencer
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Dana A. Alden
Robert J. Ambrose
**The Alden Law Group, LLP**
2122 York Road, Ste. 180
Oak Brook, IL 60523
Tel: (630) 368-7676
Fax: (630) 368-7677