FILED
MAY 06 2008
5/6/08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACLEAN-FOGG COMPANY, a Delaware Corporation, and MACLEAN POWER, L.L.C., a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>NINGBO FASTLINK EQUIPMENT, CO., LTD., an Alien Company, DAVID ZHANG, an Alien, CHARLIE JIN, an Alien, INTERNATIONAL CABLE CORPORATION, a Massachusetts Corporation, and CABLENETWORK ASSOCIATES, INC., a Florida Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 08CV2593<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE ASHMAN |

**DISCLOSURE STATEMENT
UNDER FRCP 7.1(a) AND LR 3.2**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, MacLean-Fogg Company and MacLean Power, L.L.C. (collectively, "Plaintiffs") state as follows:

1. MacLean Power, L.L.C. is a subsidiary of the MacLean-Fogg Company;

2. MacLean-Fogg Company has no parent and no publicly held corporation owns 10% or more of MacLean Power, L.L.C.'s stock.

Dated:   May 2, 2008

Respectfully Submitted,

**MACLEAN-FOGG COMPANY
MACLEAN POWER, L.L.C.**

By: <u>Bradley C. Graveline</u>
One of Their Attorneys

Brad Graveline
Brian D. Fergemann
Milena J. Spencer
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL  60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Dana A. Alden
Robert J. Ambrose
**The Alden Law Group, LLP**
2122 York Road, Ste. 180
Oak Brook, IL  60523
Tel: (630) 368-7676
Fax: (630) 368-7677

CHI:2084383.2