IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 0 6 2008
5/6/08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MACLEAN-FOGG COMPANY, a Delaware Corporation, and MACLEAN POWER, L.L.C., a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> NINGBO FASTLINK EQUIPMENT, CO., LTD., an Alien Company, DAVID ZHANG, an Alien, CHARLIE JIN, an Alien, INTERNATIONAL CABLE CORPORATION, a Massachusetts Corporation, and CABLENETWORK ASSOCIATES, INC., a Florida Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 08CV2593 <br> JUDGE GUZMAN <br> MAGISTRATE JUDGE ASHMAN |

**NOTICE OF CLAIMS INVOLVING**
**TRADEMARKS PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Illinois, Plaintiffs MacLean-Fogg Company and MacLean Power, L.L.C. (collectively, "Plaintiffs") give notice to the Court that they have filed a Complaint in an action arising under the trademark laws of the United States.

The action involves four registered trademarks. Each of the trademarks is registered to MacLean-Fogg Company. MacLean-Fogg Company is a Delaware corporation with its principal place of business located at 1000 Allanson Road, Mundelin, Illinois. MacLean Power, L.L.C. is a Delaware limited liability company with its principal place of business located at 11411 Addison Avenue, Franklin Park, IL 60131. MacLean Power, L.L.C. is an operating unit of the MacLean-Fogg Company.

The four registrations are:

1. U.S. Registration No. 0725802 for the trademark Wirelink. This trademark was registered on January 2, 1962 and was first used in commerce at least as early as August 3, 1954.

2. U.S. Reg. No. 0717743 for the trademark Wirevise. This trademark was registered on July 4, 1961 and was first used in commerce at least as early as August 3, 1954.

3. U.S. Reg. No. 2947854 for the trademark Strandlink. This trademark was registered on May 10, 2005 and was first used in commerce at least as early as December 8, 1949.

4. U.S. Reg. No. 2980923 for the trademark Strandvise. This trademark was registered on May 10, 2005 and was first used in commerce at least as early as December 8, 1949.

The foregoing registrations are valid and subsisting, uncancelled and unrevoked.

Dated: May 2, 2008

Respectfully Submitted,

MACLEAN-FOGG COMPANY
MACLEAN POWER L.L.C.

By /s/ Brad Graveline
One of Their Attorneys

Brad Graveline
Brian D. Fergemann
Milena J. Spencer
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL  60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Dana A. Alden
Robert J. Ambrose
**The Alden Law Group, LLP**
2122 York Road, Ste. 180
Oak Brook, IL 60523
Tel: (630) 368-7676
Fax: (630) 368-7677