# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2593 | **DATE** | 5/9/2008 |
| **CASE TITLE** | MACLEAN-FOGG COMPANY, et al vs. NINGBO FASTLINK EQUIPMENT, CO., et al | | |

**DOCKET ENTRY TEXT**

Hearing regarding Plaintiffs' emergency motion for a temporary restraining order held. Motion is granted in part. Draft order to be submitted to chambers.

Docketing to mail notices.

00:30

Courtroom Deputy Initials: CG