

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 08 C 2593 | DATE | 6/6/2008 |
| CASE TITLE | MaClean-Fogg Company, et al. vs. Ningbo Fastlink Equipment, Co., et al. | | |

**DOCKET ENTRY TEXT**

Enter order. Magistrate Judge Status hearing held on 6/6/2008; and continued to 6/16/2008 at 10:00 a.m., to address all other pending matters. The temporary restraining order entered on 5/22/2008, is hereby continued to 6/16/2008, at 4:30 p.m. This case is ordered unsealed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:40



| | Courtroom Deputy Initials: | IS |
|---|---|---|