IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACLEAN-FOGG COMPANY, a Delaware Corporation, and MACLEAN POWER, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br> v. <br><br> NINGBO FASTLINK EQUIPMENT, CO., LTD., an Alien Company, DAVID ZHANG, an Alien, CHARLIE JIN, an Alien, INTERNATIONAL CABLE CORPORATION, a Massachusetts Corporation, and CABLENETWORK ASSOCIATES, INC., a Florida Corporation, <br><br> Defendants. | Civil Action No. 08CV2593 <br><br> Judge Guzman <br><br> Magistrate Judge Ashman <br><br> Jury Demand |

### ORDER

The temporary restraining order entered on May 22nd, 2008, is hereby continued to June 16th, 2008, at 4:30 p.m. This case is set for a status hearing and to address all other pending matters on June 16, 2008, at 10:00 a.m.

Dated this 6th day of June, 2008

_____
United States Magistrate Judge Martin C. Ashman