UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MACLEAN-FOGG COMPANY, et al. v.,
NINGBO FASTLINK EQUIPMENT, CO.,
LTD., et al.
        Plaintiffs,
and

an Alien company, DAVID ZHANG, an
Alien, CHARLIE JIN, an Alien,
INTERNATIONAL CABLE CORPORATION,
a Massachusetts corporation, and
CABLE NETWORK ASSOCIATES, INC., a
Florida corporation,

        Defendants.
_____/

CASE NO: 08 CV 2593

JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN

DISCLOSURE STATEMENT
UNDER FRCP 7.1 (a) AND LR 3.2

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Cable Network Associates, Inc., states that it has no parent company and that no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: June 23, 2008.

        Respectfully submitted,

        By: /s/ *J. Michael Wermuth*
        J. Michael Wermuth (Fla. Bar No. 50768)
        michael@rgmwlaw.com
        GONZALEZ & WERMUTH, P.L.
        *Attorneys for Defendant*
        *Cable Network Associates, Inc.*
        8750 N.W. 36 Street, Suite 425
        Miami, FL 33178

2

Tel: (305) 715-7157
Fax: (305) 715-8982

2