**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MACLEAN-FOGG COMPANY, a Delaware
Corporation, and MACLEAN POWER, LLC,
a Delaware limited liability company,

        Plaintiffs,

and

NINGBO FASTLINK EQUIPMENT, CO.,
LTD., an Alien company, DAVID ZHANG, an
Alien, CHARLIE JIN, an Alien,
INTERNATIONAL CABLE CORPORATION, a
Massachusetts corporation, and
CABLE NETWORK ASSOCIATES, INC., a
Florida corporation,

        Defendants.

_____/

**CASE NO: 08 CV 2593**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE ASHMAN**

**AFFIDAVIT OF JEANNE PERRETTY**

I, Jeanne Perretty, being first duly sworn on oath, states as follows:

1.    I am the Chief Operating Officer of Cable Network Associates, Inc. ("**CableNetwork**"), a company incorporated under the laws of Florida with its principal place of business located in Broward County, Florida, and I am duly authorized by CableNetwork to make this affidavit under oath on its behalf.

2.    As Chief Operating Officer of CableNetwork, I have knowledge of the information contained in this affidavit and could competently testify thereto.

3.    CableNetwork does not conduct business in Illinois.

4.    CableNetwork does not own, use, or possess real estate located in the State of Illinois.

5.    CableNetwork does not advertise in Illinois.

6.    MacLean Power, under the name of MFS Distribution, called CableNetwork to order 35 wirevises on or about February 2008 (the "**Order**").

7.     The amount of the Order was $116.48, which was to be paid, and was paid, in Broward County, Florida.

8.     The invoice corresponding to the Order is attached to Mr. J. Brendan Conley's affidavit, which was filed in this case (the "**Invoice**") (see Tabs 1 and 4 of the attachments to Plaintiffs' Memorandum in Support of Their Application for Ex Parte Seizure Order Against Defendants and Temporary Restraining Order, et cet.).

9.     The Invoice states on its face that it is subject to the terms and conditions posted on CableNetwork's website (the "**Terms and Conditions**").

10.     A copy of the Terms and Conditions is attached hereto as Exhibit A.

11.     The Terms and Conditions state that all actions and proceedings relating directly to enforcement of the terms of the Order shall be litigated exclusively in a state court located in Broward County, Florida.

12.     CableNetwork has not consented to jurisdiction in Illinois by contract or otherwise.

13.     The products shipped under the Invoice were not manufactured by the Plaintiffs; rather, they were private-labeled using CableNetwork's logo (private-labeled wirevises and wirelinks, are referred to herein as the "**CableNetwork Products**").

14.     The CableNetwork Products do not affix any trademark other than CableNetwork's logo, as shown clearly by the photographs of the CableNetwork Product packaging attached to the affidavit of Mr. J. Brendan Conley (see Tabs 1 and 3 of the attachments to Plaintiffs' Memorandum in Support of Their Application for Ex Parte Seizure Order Against Defendants and Temporary Restraining Order, et cet.).

15.     CableNetwork does not promote wirevises or wirelinks; rather, it sources these products on an as-needed basis in response to customer requests. Depending on time frame and pricing, CableNetwork acquired private-labeled product or other third-party product. For that reason, CableNetwork Products have never been advertised or promoted by CableNetwork on or in its website, sales literature, or otherwise.

16.     The only place CableNetwork used the term "wirevise" or "wirelink" was on CableNetwork's invoices – which ceased immediately upon receipt of notice of Plaintiffs' claim (to avoid any dispute – not because CableNetwork admits to any wrongdoing).

17.     In an attempt to address Plaintiffs' concerns and to resolve this matter amicably, CableNetwork provided to Plaintiffs the redacted sales report, attached hereto as Exhibit B, showing the product description (as it appears on the corresponding

invoices), the invoice number and date, and the number of units sold for all of the CableNetwork Products (i.e., private-labeled wirevise and wirelink).

18.     CableNetwork has sold 80,000 of the CableNetwork Products (see Exhibit B), and the price of those products was typically in the 2 dollar range.

19.     As shown on the Invoice and on Exhibit B, the terms "wirevise" and "wirelink" were used on CableNetwork's invoices only as the name of the product in the product description (not as a trademark).

20.     CableNetwork was unaware of any claim by Plaintiffs or anyone else that the terms "wirevise" or "wirelink" were alleged trademarks.

21.     For example, CableNetwork has purchased wirevises from TVC Communications (see invoice attached hereto as Exhibit C).

22.     After learning of this litigation, we reviewed Plaintiffs' website and found that TVC Communications is one of Plaintiffs' authorized dealers (see copy of website attached hereto as Exhibit D).

23.     Not even TVC Communications uses the terms "wirevise" or "wirelink" as trademarks; rather, TVC Communications uses those terms as the name of the product itself (see Exhibit C hereto; see also copy of website attached hereto as Exhibit E).

24.     As shown by Exhibit E hereto, TVC Communications represents that it sells the wirevise and wirelink (as the product names) under the brand MacLean Power Systems (logo), and Exhibit C shows the term "wirevise" as the name of the product.

25.     Also, if you click on the link for the wirevise and wirelink "product detail" on TVC Communications' website, a pop-up window opens to pages from the MacLean Power Systems catalogue that also uses the "strandvise" and "strandlink" terms as the name of the product – not as trademarks (see copy of a screen shot attached hereto as Exhibit F).

26.     The sales report provided to the Plaintiffs (i.e., Exhibit B) was redacted because CableNetwork's customer relationships and pricing structure are confidential and proprietary to CableNetwork.

27.     CableNetwork has every intention of respecting Plaintiffs' rights, if any, in their alleged trademarks; it being understood, however, that the confidential and proprietary information and relationships of CableNetwork should be respected as well.

FURTHER AFFIANT SAYETH NOT.

By: _Jean R Perretz_

3

Jeanne Perretty
Chief Operating Officer
Cable Network Associates, Inc.

STATE OF FLORIDA
BROWARD COUNTY

The foregoing instrument was sworn and subscribed before me this 23rd day of June
2008, by Jeanne Perretty, who personally appeared before me at the time of notarization,
and who is personally known to me or who has produced ___DL___ FL___
1630-432-62-916-0 as identification and who did take an oath.

_____
Notary Public

Carmela J. Roman de Hernandez
MY COMMISSION # DD 412056
EXPIRES: July 27, 2009
Bonded Thru Budget Notary Services

4

# EXHIBIT A

CableNetwork Associates, Inc. - Terms and Conditions.

# CABLENETWORK ASSOCIATES, INC.

## Sales Order/Invoice Terms and Conditions

**1. Acceptance**. This sales order acknowledgment (the "Acknowledgment") shall operate as an acceptance of Buyer's Purchase Order only upon the express condition of Buyer's assent that the terms and conditions contained herein shall be the sole and exclusive terms and conditions applicable to the sale of the goods listed and/or described herein (the "Goods").

**2. Prices**. Unless otherwise agreed in writing, the prices and charges specified herein do not include any costs related to freight, demurrage transportation, insurance, special packaging or insulation, or inspection, or similar charges, all of which must be paid by Buyer.

**3. Taxes**. The prices specified herein do not include sales, use, excise, or similar taxes, and any sales, use, excise, or similar taxes presently applicable to or hereafter levied on the sale of the Goods shall be paid by Buyer. In lieu of such payment, Buyer may provide Seller with a tax exemption certificate acceptable to the appropriate taxing authority.

**4. Terms of Payment**. All terms of payment set forth herein are subject to the approval of Seller's credit department. No discounts are allowed on taxes or freight charges. Unless otherwise agreed to in writing, payment in full is due within terms specified on Sales Order/invoice. Buyer agrees to pay interest on all past due Invoices at a rate of 1.5% per month from the date such payment is due until paid in full; provided, however, that if such interest rate exceeds the maximum rate permitted under applicable law, then interest shall be charged at the maximum rate permitted under such law. In addition, Buyer agrees to pay for any costs incurred by Seller in collecting amounts due, including, but not limited to, reasonable attorneys' fees, private investigation fees and costs, court costs and other costs associated with collection incurred at both the trial and the appellate levels and at any bankruptcy proceeding.   Buyer's failure to pay any Invoice in full within thirty (30) days of the due date shall constitute an Event of Default hereunder.

**5. Cancellations and Returns**. Purchase orders received and accepted by CableNetwork may not be cancelled, modified or rescinded except by a writing signed by CableNetwork and Buyer. If modified, rescinded or terminated, Buyer shall pay CableNetwork termination charges determined by accepted accounting principles, included but not limited to work-in-process costs, termination costs incurred by CableNetwork due to Buyer's termination, plus a reasonable profit on the entire quantity order. Buyer must obtain prior authorization for returns, which authorization CableNetwork may grant at its sole discretion. Returns must be (a) made in original cartons and in resalable condition, (b) within ninety (90) days of receipt. Returns for goods purchased from CableNetwork shall be  subject to a restocking charge of not less than 20% of the stated invoice price.

**6. Title and Right of Repossession**. Title to the Goods shall remain in Seller until such time as the price shall have been paid in full. If the price has not been paid in full at the time of delivery, Buyer will, at Seller's option, execute any financing statement or other document necessary to perfect Seller's security interest in the goods which are the subject matter of the Sales Order/Invoice. Seller reserves the right and Buyer hereby consents to Seller's right to retake possession of the Goods upon default by the Buyer of any payment.

**7. Collection**. Buyer acknowledges that in the event of nonpayment, its account may be assigned for collection.

**8. Transportation and Routing**. Unless otherwise agreed in writing prior to shipment, Seller shall have sole control and discretion with respect to mode of transportation, routing and any other matters connected with, related to or involved in transportation of the Goods.

**9. Risk of Loss**. The risk of loss to the Goods shall pass to the Buyer when the goods are duly tendered so as to enable the Buyer to take delivery. When Goods after delivery are destroyed by fire, theft or accident or other cause, the Buyer shall remain liable for any unpaid balance under this Sales Order/Invoice. The Buyer agrees to insure the Goods set forth in the Sales Order/Invoice for the benefit of Seller as its interest may appear.

**10. Force Majeure**. Seller shall not be responsible or liable for any delay or failure to deliver any or all of the Goods if such delay or failure is caused by any act of God, fire, flood, explosion, war, insurrection, riot, embargo, action, statute, ordinance, regulation or

<u>EXHIBIT A</u>

CableNetwork Associates, Inc. - Terms and Conditions.

order of any government or agent thereof, shortage of labor, material, fuel, supplies or transportation; strike or other labor dispute, or any other cause, contingency, occurrence or circumstance of any nature beyond Seller's control, whether or not similar to those specified above, that prevents, hinders or interferes with manufacture, assembly or delivery of the Goods. Any such cause, contingency, occurrence or circumstance shall release Seller from performance of its obligations hereunder. If Seller is partially excused from performance, either by force of the foregoing or by the provisions of the Florida's Uniform Commercial Code, it shall not be required to make any allocation of production, shipments or deliveries in accordance with Section 672-615(2), Florida Statutes, or any equivalent or successor provision thereto. In no event will Seller be liable for any special, incidental or consequential damages to Buyer caused by Seller's delay in performance or failure to perform which is not excused under the foregoing.

**11. Shipping Dates**. Shipping dates specified in any Sales Order/Invoice or otherwise communicated to Buyer are estimates given to the best of Seller's knowledge based upon conditions existing at the time of the order and upon information furnished by Buyer. Seller will, in good faith, endeavor to ship by the estimated shipping date, but shall not be responsible for any delay or any damage arising therefrom. Seller does not and shall not guarantee any shipping date unless such guarantee and the terms thereof are specifically stated in writing. Any such guarantee shall be strictly limited to the exact terms so stated.

**12. Right to Assurance of Performance**. If the financial responsibility of Buyer becomes impaired or unsatisfactory to Seller, or Buyer is in default to Seller under any Sales Order/Invoice or any other contract, advance cash payment, then and in that event, satisfactory security shall be given by Buyer upon demand by Seller and shipments may be withheld until such payment or security is received. Buyer shall make no deductions (including those for alleged damages) from payments due hereunder.

**13. Right to Stop Delivery in Transit**. If Buyer becomes insolvent, repudiates, or fails to make payment when due, before delivery to the Buyer or to the purchaser from the Buyer, Seller shall have the right to stop delivery of the Goods

**14. Inspection**. Unless otherwise agreed in writing, Buyer may inspect the Goods at the place of manufacture or at such other place as Seller shall designate.  Buyer shall inspect the Goods immediately upon receipt, but in no case shall Buyer have the right to inspect, reject or revoke Buyer acceptance three (3) days after receipt.

**15. No Warranties**. It is understood by the parties that anything said about the Goods by agents or representatives of Seller were merely expressions of opinion by those agents and that there are NO EXPRESS WARRANTIES except as to the description of the Goods involved herein. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED; THE GOODS INVOLVED HEREIN ARE NOT WARRANTED TO BE MERCHANTABLE OR FIT FOR ANY PARTICULAR PURPOSE WHATSOEVER AND IT IS UNDERSTOOD THAT THE CUSTOMER HAS NOT RELIED ON SELLER TO MAKE THE SELECTION. There is NO WARRANTY, REPRESENTATION OR CONDITION OF ANY KIND, express or implied and none shall be implied by law. Except as otherwise provided herein, quality shall be in accordance with Seller's specifications. Final determination of the suitability of the material for the use contemplated by Buyer is the sole responsibility of Buyer, and Seller shall have no responsibility in connection with such suitability.

**16. Damages**. SELLER SHALL NOT BE LIABLE FOR PROSPECTIVE PROFITS OR SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES; it is expressly understood and agreed that the Buyer's sole and exclusive remedy shall be repair or replacement of nonconforming goods, and that SELLER SHALL NOT BE LIABLE FOR DAMAGES FOR INJURY TO PERSONS OR PROPERTY. Buyer assumes all risk and liability for loss, damage or injury to persons or property of Buyer or others arising out of use or possession of any Goods sold hereunder

**17. Waiver of Subrogation**. Each party waives (for itself and its insurance carrier) all its rights against the other party and the other party's respective employees, agents, suppliers and subcontractors to recover damages caused by fire or other perils to the extent such damages are covered by property insurance. This provision shall have no effect to the extent that it invalidates or otherwise limits the insurance coverage of a party.

**18. Permissible Variations**. All Goods shall be subject to standard manufacturing and commercial variations and practices of the respective manufacturer. Seller reserves the right to ship overages or underages of weight, length, size and/or quantity in accordance with Seller's standard practices.
**19. All Sales Final/ Changes and Cancellation.** All sales are final. Goods cannot be returned to Seller without Seller's written consent. A Sales Order may be changed or cancelled only with Seller's written consent and then only upon such terms as will protect Seller from any losses.  As to any goods tendered under this Sales Order which the Customer accepts in any manner provided in Section 672.606, Florida Statutes, the Buyer shall have no right to revoke Buyer's acceptance, and any attempted

<u>EXHIBIT A</u>

CableNetwork Associates, Inc. - Terms and Conditions.

revocation shall be without effect.

**20. No Partnership or Joint Venture**. The parties agree that nothing herein shall create any agency, employment or a partnership, joint venture relationship or fiduciary relationship.

**21. Assignment**. This Acknowledgment shall be binding upon, and inure to the benefit of the parties as permitted herein, and their successors and assigns. Without Seller's prior written consent, Buyer shall not assign all or any portion of its rights or obligations under any Sales Order/Invoice or this Acknowledgment. Any purported assignment made without such consent shall be void. In no event shall any transfer or assignment of this Acknowledgment relieve the Buyer of any liability hereunder.

**22. Waiver**. Waiver by Seller of any breach of any provision contained herein shall not constitute or be deemed a waiver of any other breach of such provision or of any other provision. Seller's delay or failure to enforce any of its rights hereunder shall not be deemed a waiver of such rights.

**23. Governing Law/Jurisdiction/Venue**. Buyer waives any claim of jurisdiction or venue in the county or state of Buyer's residence or place of business, and agrees that, should suit be instituted to enforce the terms of any Sales Order/Invoice all actions and proceedings relating directly thereto shall be litigated exclusively in a state court located in Broward County, Florida, and Buyer expressly consents to the jurisdiction of such court and to venue therein and Buyer further consents to service of process in any such action or proceeding by certified or registered mailing of the summons and complaint directed to the parties at their respective addresses set forth in the Sales Order/Invoice. The Sales Order/Invoice shall be governed by and construed in accordance with the laws of the State of Florida.

**24. Entire Agreement**. The Sales Order/Invoice is intended as a complete and exclusive statement of the agreement of the parties and shall prevail over the terms contained in any Buyer purchaser order.

**25. Litigation**. Each party agrees that in any litigation, suit, action or proceeding, whether at law or in equity, which arises out of or relates to this Acknowledgement or any Sales Order/Invoice, any and all transactions contemplated hereunder, the performance hereof, or the relationship created hereby, trial shall be to a court of competent jurisdiction and not to a jury. EACH PARTY HEREBY IRREVOCABLY WAIVES ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY. Each party has read and understands the effect of this jury waiver provision.

**26. Severability**. The invalidity in whole or in part of any covenant, promise or undertaking, or any section, subsection, paragraph, sentence, clause, phrase or word, or any provision of any Sales Order/Invoice or this Acknowledgement shall not affect the validity of the remaining portions thereof.

**Sales Order-Invoice Terms and Conditions (04-20-2007)**

EXHIBIT A

# EXHIBIT B

June 13, 2008    4:15 PM
Page    1

# CNA CABLENETWORK

CableNetwork Associates, Inc.

**Customer/Item Statistics by Invoice**

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|

| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 08/02/07  INV-33671 | | 1,000 | EA | ▬ | ▬ | ▬ | ▬ |
| Total    5058 | | 1,000 | EA | ▬ | ▬ | ▬ | ▬ |

| | Total Customer | | | ▬ | ▬ | ▬ | ▬ |

| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 01/02/08  INV-34848 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| 02/06/08  INV-35045 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| 03/13/08  INV-35263 | | 300 | EA | ▬ | ▬ | ▬ | ▬ |
| 04/23/08  INV-35503 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| Total    5058 | | 1,800 | EA | ▬ | ▬ | ▬ | ▬ |

| | Total Customer | | | ▬ | ▬ | ▬ | ▬ |

| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 10/05/06  INV-31183 | | 700 | EA | ▬ | ▬ | ▬ | ▬ |
| 08/10/07  INV-33727 | | 400 | EA | ▬ | ▬ | ▬ | ▬ |
| 10/24/07  INV-34393 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| 11/30/07  INV-34646 | | 300 | EA | ▬ | ▬ | ▬ | ▬ |
| 12/12/07  INV-34704 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| 03/06/08  INV-35210 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| 03/14/08  INV-35275 | | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| Total   5058 | | 3,400 | EA | ▬ | ▬ | ▬ | ▬ |

| | Total Customer | | | ▬ | ▬ | ▬ | ▬ |

EXHIBIT B



June 13, 2008   4:15 PM
Page      2

 CABLENETWORK

CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| ▬▬▬▬▬ | ▬▬▬▬▬ | | ▬▬▬▬▬▬ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 10/23/07   INV-34385 | | 500 | EA | | | | |
| Total   5058 | | 500 | EA | | | | |
| ▬▬▬▬▬ | Total Customer | | — | | | | |
| ▬▬▬▬▬ | ▬▬▬▬▬ | | ▬▬▬▬▬ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 05/17/06   INV-29997 | | 1,800 | EA | | | | |
| 05/17/06   INV-29997 | | 0 | EA | | | | |
| Total   5058 | | 1,800 | EA | | | | |
| ▬▬▬▬▬ | Total Customer | | — | | | | |
| ▬▬▬▬▬ | ▬▬▬▬▬ | | ▬▬▬▬▬ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 05/09/06   INV-29894 | | 100 | EA | | | | |
| 10/02/06   INV-31135 | | 800 | EA | | | | |
| 10/02/06   INV-31135 | | 0 | EA | | | | |
| 03/05/08   INV-35205 | | 200 | EA | | | | |
| Total   5058 | | 1,100 | EA | | | | |
| ▬▬▬▬▬ | Total Customer | | — | | | | |
| ▬▬▬▬▬ | ▬▬▬▬▬ | | ▬▬▬▬▬ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 01/09/08   INV-34885 | | 100 | EA | | | | |
| 03/24/08   INV-35319 | | 25 | EA | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| | Total    5058 | 125 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 08/16/06 | INV-30750 | 40 | EA | | | | |
| | Total    5058 | 40 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 10/01/07 | INV-34234 | 60 | EA | | | | |
| 04/29/08 | INV-35541 | 60 | EA | | | | |
| | Total    5058 | 110 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 03/15/07 | INV-32498 | 100 | EA | | | | |
| | Total    5058 | 100 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 05/18/08 | INV-35632 | 500 | EA | | | | |

EXHIBIT B



June 13, 2008    4:15 PM
Page       4

CableNetwork Associates, Inc.

**Customer/Item Statistics by Invoice**

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 05/16/08   INV-35632 | | 0 | EA | | | | |
| | Total     5058 | 500 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 09/28/07   INV-34231 | | 100 | EA | | | | |
| | Total     5058 | 100 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 11/21/07   INV-34584 | | 1,000 | EA | | | | |
| | Total     5058 | 1,000 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 10/24/07   INV-34395 | | 200 | EA | | | | |
| | Total     5058 | 200 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 03/14/08   INV-35278 | | 4,000 | EA | | | | |

EXHIBIT B



June 13, 2008   4:15 PM
Page        6



CableNetwork Associates, Inc.

**Customer/Item Statistics by Invoice**

| Customer No.<br>Item Number | Customer Name<br>Product Description | Quantity | Unit of<br>Measure | Amount | Margin | Discount | Profit<br>% |
|---|---|---|---|---|---|---|---|
| | Total    5058 | 4,000 | EA | | | | |
| | Total Customer | | | — | | | |
| | Total by Salesperson | | | — | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 07/25/08   INV-30590 | | 50 | EA | | | | |
| 04/20/07   INV-32805 | | 50 | EA | | | | |
| 09/05/07   INV-33997 | | 50 | EA | | | | |
| 04/25/08   INV-35514 | | 100 | EA | | | | |
| | Total    5058 | 250 | EA | | | | |
| | Total Customer | | | — | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 04/13/07   INV-32736 | | 1,300 | EA | | | | |
| 04/13/07   INV-32737 | | 400 | EA | | | | |
| 04/20/07   INV-32800 | | 1,550 | EA | | | | |
| 04/20/07   INV-32800 | | 0 | EA | | | | |
| 07/13/07   INV-33499 | | 5,500 | EA | | | | |
| 07/13/07   INV-33500 | | 700 | EA | | | | |
| 07/13/07   INV-33499 | | 0 | EA | | | | |
| 07/13/07   INV-33500 | | 0 | EA | | | | |
| 07/23/07   INV-33586 | | 623 | EA | | | | |
| 07/23/07   INV-33586 | | 0 | EA | | | | |
| 08/02/07   INV-33666 | | 600 | EA | | | | |
| 08/02/07   INV-33667 | | 2,530 | EA | | | | |
| 11/15/07   INV-34554 | | 1,200 | EA | | | | |
| | Total    5058 | 14,403 | EA | | | | |

<u>EXHIBIT B</u>



CableNetwork Associates, Inc.

**Customer/Item Statistics by Invoice**

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| ▉▉▉▉ | Total Customer | | | | | | |
| ▉▉▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉▉▉ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 01/03/07  INV-31883 | | 300 | EA | | | | |
| 03/19/07  INV-32518 | | 250 | EA | | | | |
| Total    5058 | | 550 | EA | | | | |
| ▉▉▉▉ | Total Customer | | | | | | |
| ▉▉▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉▉ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 06/13/06  INV-30235 | | 100 | EA | | | | |
| Total    5058 | | 100 | EA | | | | |
| ▉▉▉▉ | Total Customer | | | | | | |
| ▉▉▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉▉ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 06/20/07  INV-33319 | | 10 | EA | | | | |
| 07/31/07  INV-33646 | | 290 | EA | | | | |
| 07/31/07  INV-33646 | | 0 | EA | | | | |
| 12/19/07  INV-34775 | | 200 | EA | | | | |
| Total    5058 | | 500 | EA | | | | |
| ▉▉▉▉ | Total Customer | | | | | | |
| ▉▉▉▉▉ | ▉▉▉▉▉▉ | | ▉▉▉▉▉ | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |

EXHIBIT B



June 13, 2008   4:15 PM
Page        7



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 08/20/07 | INV-33810 | 100 | EA | | | | |
| 08/20/07 | INV-33810 | 0 | EA | | | | |
| | Total    5058 | 100 | EA | | | | |

Total Customer

5058         Wirevise, Deadend 102-114 Mess

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/15/07 | INV-32242 | 2,084 | EA | | | | |
| 02/15/07 | INV-32242 | 0 | EA | | | | |
| 05/17/07 | INV-33022 | 1,050 | EA | | | | |
| 07/13/07 | INV-33502 | 1,000 | EA | | | | |
| 07/13/07 | INV-33502 | 0 | EA | | | | |
| 07/27/07 | INV-33613 | 100 | EA | | | | |
| | Total    5058 | 4,234 | EA | | | | |

Total Customer

5058         Wirevise, Deadend 102-114 Mess

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/25/07 | INV-32847 | 300 | EA | | | | |
| | Total    5058 | 300 | EA | | | | |

Total Customer

5058         Wirevise, Deadend 102-114 Mess

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/31/06 | INV-31404 | 300 | EA | | | | |
| 02/23/07 | INV-32304 | 1,950 | EA | | | | |
| 02/23/07 | INV-32304 | 0 | EA | | | | |
| | Total    5058 | 2,250 | EA | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

**Customer/Item Statistics by Invoice**

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| | **Total Customer** | | | | | | |
| **5058** | Wirevise, Deadend 102-114 Mess | | | | | | |
| 06/19/06   INV-30376 | | 500 | EA | | | | |
| 08/18/07   INV-33297 | | 400 | EA | | | | |
| 03/05/08   INV-35206 | | 400 | EA | | | | |
| Total     5058 | | 1,300 | EA | | | | |
| | **Total Customer** | | | | | | |
| **5058** | Wirevise, Deadend 102-114 Mess | | | | | | |
| 01/14/08   INV-34914 | | 15 | EA | | | | |
| Total     5058 | | 15 | EA | | | | |
| | **Total Customer** | | | | | | |
| **5058** | Wirevise, Deadend 102-114 Mess | | | | | | |
| 11/22/06   INV-31584 | | 100 | EA | | | | |
| 03/28/07   INV-32601 | | 100 | EA | | | | |
| Total     5058 | | 200 | EA | | | | |
| | **Total Customer** | | | | | | |
| **5058** | Wirevise, Deadend 102-114 Mess | | | | | | |
| 02/08/08   INV-35065 | | 35 | EA | | | | |

EXHIBIT B



June 13, 2008    4:15 PM
Page        9



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| | Total    5058 | 35 | EA | | | | |
| | Total Customer | | | — | | | |
| | Total by Salesperson | | | — | | | |

<hr/>

| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/18/06 | INV-30530 | 2,003 | EA | | | | |
| 07/18/06 | INV-30532 | 1,059 | EA | | | | |
| 10/25/06 | INV-31354 | 6 | EA | | | | |
| 11/13/06 | INV-31487 | 1,000 | EA | | | | |
| 01/31/07 | INV-32106 | 1,000 | EA | | | | |
| 01/31/07 | INV-32107 | 200 | EA | | | | |
| 03/07/07 | INV-32417 | 60 | EA | | | | |
| 08/17/07 | INV-33803 | 4 | EA | | | | |
| 09/25/07 | INV-34183 | 2 | EA | | | | |
| 04/21/08 | INV-35486 | 500 | EA | | | | |
| 04/21/08 | INV-35487 | 1,110 | EA | | | | |
| 04/21/08 | INV-35488 | 515 | EA | | | | |
| | Total   -5058 | 7,459 | EA | | | | |

| | Total Customer | | | — | | | |
|---|---|---|---|---|---|---|---|

<hr/>

| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/03/06 | INV-29835 | 2 | EA | | | | |
| 05/03/06 | INV-29835 | 0 | EA | | | | |
| 11/15/06 | INV-31509 | 5,000 | EA | | | | |
| 11/15/06 | INV-31509 | 0 | EA | | | | |
| 04/15/08 | INV-35439 | 50 | EA | | | | |
| 04/17/08 | INV-35453 | 294 | EA | | | | |
| 04/17/08 | INV-35454 | 387 | EA | | | | |
| 04/17/08 | INV-35455 | 785 | EA | | | | |
| 04/17/08 | INV-35457 | 1,167 | EA | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 04/17/08 | INV-35458 | 189 | EA | | | | |
| | Total     5058 | 7,854 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 11/01/06 | INV-31418 | 200 | EA | | | | |
| 11/29/06 | INV-31617 | 2,400 | EA | | | | |
| 11/29/06 | INV-31617 | 0 | EA | | | | |
| 03/14/07 | INV-32479 | 160 | EA | | | | |
| 10/01/07 | INV-34238 | 370 | EA | | | | |
| 03/10/08 | INV-35297 | 50 | EA | | | | |
| | Total     5058 | 3,170 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 08/08/06 | INV-30193 | 164 | EA | | | | |
| | Total     5058 | 154 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 11/17/06 | INV-31538 | 100 | EA | | | | |
| 02/02/07 | INV-32136 | 50 | EA | | | | |
| 10/02/07 | INV-34256 | 200 | EA | | | | |
| 10/04/07 | SCM-000704 | -200 | EA | | | | |
| 10/04/07 | INV-34272 | 200 | EA | | | | |
| 02/04/08 | INV-35014 | 100 | EA | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| | Total   5058 | 450 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 05/29/06 INV-30386 | | 300 | EA | | | | |
| 05/15/07 INV-32997 | | 500 | EA | | | | |
| 03/18/08 INV-35290 | | 1,000 | EA | | | | |
| | Total   5058 | 1,800 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 07/20/06 INV-30559 | | 50 | EA | | | | |
| | Total   5058 | 50 | EA | | | | |
| | Total Customer | | | | | | |
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 07/26/06 INV-30602 | | 90 | EA | | | | |
| 07/26/06 INV-30602 | | 0 | EA | | | | |
| | Total   5058 | 90 | EA | | | | |
| | Total Customer | | | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No.<br>Item Number | Customer Name<br>Product Description | Quantity | Unit of<br>Measure | Amount | Margin | Discount | Profit<br>% |
|---|---|---|---|---|---|---|---|
| 5058 | Wirevise, Deadend 102-114 Mess | | | | | | |
| 11/02/06 | INV-31434 | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| | Total    5058 | 500 | EA | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | | | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | | | ▬ | ▬ | ▬ | ▬ |
| | Total Report | | | ▬ | ▬ | ▬ | ▬ |

EXHIBIT B

June 13, 2008   4:17 PM
Page        1

 **CNA** CABLENETWORK

CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 08/21/07 | INV-33844 | 1,000 | EA | | | | |
| 08/21/07 | INV-33844 | 0 | EA | | | | |
| | Total    5059 | 1,000 | EA | | | | |

|  | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 07/21/06 | INV-30569 | 500 | EA | | | | |
| 10/23/07 | INV-34385 | 100 | EA | | | | |
| | Total    5059 | 600 | EA | | | | |

|  | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 05/09/06 | INV-29894 | 100 | EA | | | | |
| 10/02/06 | INV-31135 | 400 | EA | | | | |
| | Total    5059 | 500 | EA | | | | |

|  | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 12/13/07 | INV-34740 | 1,100 | EA | | | | |
| 12/13/07 | INV-34740 | 0 | EA | | | | |

EXHIBIT B



June 13, 2008   4:17 PM
Page      2



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 01/02/08 | INV-34849 | 1,600 | EA | | | | |
| 01/02/08 | INV-34849 | 0 | EA | | | | |
| 01/09/08 | INV-34886 | 200 | EA | | | | |
| Total | 5059 | 2,800 | EA | | | | |
| | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 10/01/07 | INV-34234 | 20 | EA | | | | |
| 04/29/08 | INV-35541 | 10 | EA | | | | |
| Total | 5059 | 30 | EA | | | | |
| | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 02/23/07 | INV-32302 | 200 | EA | | | | |
| Total | 5059 | 200 | EA | | | | |
| | Total Customer | | | | | | |

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 03/15/07 | INV-32498 | 50 | EA | | | | |
| Total | 5059 | 50 | EA | | | | |
| | Total Customer | | | | | | |

EXHIBIT B

 CNA CABLENETWORK

CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 5059 | Splice, Wirelink, for 109 Mess. | | | | | | |
| 10/24/07 INV-34395 | | 50 | EA | | | | |
| 10/24/07 INV-34395 | | 0 | EA | | | | |
| Total    5059 | | 50 | EA | | | | |
| | Total Customer | | | | | | |
| | | | | | | | |
| 5059 | Splice, Wirelink, for 109 Mess. | | | | | | |
| 04/03/08 INV-35376 | | 100 | EA | | | | |
| Total    5059 | | 100 | EA | | | | |
| | Total Customer | | | | | | |
| | Total by Salesperson | | | | | | |
| | | | | | | | |
| 5059 | Splice, Wirelink, for 109 Mess. | | | | | | |
| 07/13/07 INV-33500 | | 280 | EA | | | | |
| 07/13/07 INV-33500 | | 0 | EA | | | | |
| 07/23/07 INV-33586 | | 65 | EA | | | | |
| 07/23/07 INV-33586 | | 0 | EA | | | | |
| 08/02/07 INV-33666 | | 131 | EA | | | | |
| 08/02/07 INV-33667 | | 740 | EA | | | | |
| 11/08/07 INV-34497 | | 1,200 | EA | | | | |
| Total    5059 | | 2,416 | EA | | | | |
| | Total Customer | | | | | | |

EXHIBIT B



June 13, 2008   4:17 PM
Page       4



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 08/29/06  INV-30858 | | 500 | EA | | | | |
| 01/03/07  INV-31883 | | 250 | EA | | | | |
| 03/19/07  INV-32518 | | 250 | EA | | | | |
| 06/19/07  INV-33313 | | 200 | EA | | | | |
| Total    5059 | | 1,200 | EA | | | | |

Total Customer

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/20/07  INV-33319 | | 295 | EA | | | | |
| 07/31/07  INV-33646 | | 5 | EA | | | | |
| 07/31/07  INV-33646 | | 0 | EA | | | | |
| 12/19/07  INV-34775 | | 100 | EA | | | | |
| Total    5059 | | 400 | EA | | | | |

Total Customer

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/20/07  INV-33810 | | 50 | EA | | | | |
| 08/20/07  INV-33810 | | 0 | EA | | | | |
| Total    5059 | | 50 | EA | | | | |

Total Customer

| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/15/07  INV-32242 | | 179 | EA | | | | |
| 05/17/07  INV-33022 | | 222 | EA | | | | |
| 07/13/07  INV-33502 | | 200 | EA | | | | |

EXHIBIT B



June 13, 2008   4:17 PM
Page        5



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 07/13/07 INV-33502 | | 0 | EA | | | | |
| 07/27/07 INV-33613 | | 200 | EA | | | | |
| Total  5059 | | 801 | EA | | | | |

Total Customer

5059    Splice, Wirelink, for 109 Mess

| 10/31/06 INV-31404 | | 250 | EA | | | | |
| 04/09/08 INV-35406 | | 500 | EA | | | | |
| Total  5059 | | 750 | EA | | | | |

Total Customer

5059    Splice, Wirelink, for 109 Mess

| 01/14/08 INV-34914 | | 15 | EA | | | | |
| Total  5059 | | 15 | EA | | | | |

Total Customer

5059    Splice, Wirelink, for 109 Mess

| 03/28/07 INV-32801 | | 100 | EA | | | | |
| Total  5059 | | 100 | EA | | | | |

Total Customer

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 08/05/06  INV-30152 | | 100 | EA | | | | |
| Total   5059 | | 100 | EA | | | | |
| | Total Customer | | | | | | |
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 10/19/07  INV-34354 | | 100 | EA | | | | |
| 10/19/07  INV-34354 | | 0 | EA | | | | |
| Total   5059 | | 100 | EA | | | | |
| | Total Customer | | | | | | |
| | Total by Salesperson | | | | | | |
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 07/18/06  INV-30530 | | 100 | EA | | | | |
| 07/18/06  INV-30531 | | 84 | EA | | | | |
| 07/18/06  INV-30532 | | 40 | EA | | | | |
| 09/14/06  INV-31004 | | 5 | EA | | | | |
| 11/13/06  INV-31487 | | 261. | EA | | | | |
| 01/31/07  INV-32107 | | 200 | EA | | | | |
| Total   5059 | | 690 | EA | | | | |
| | Total Customer | | | | | | |
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |

EXHIBIT B

 

CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No. Item Number | Customer Name Product Description | Quantity | Unit of Measure | Amount | Margin | Discount | Profit % |
|---|---|---|---|---|---|---|---|
| 11/15/06 | INV-31509 | 100 | EA | | | | |
| 05/21/07 | INV-33044 | 11 | EA | | | | |
| 05/21/07 | INV-33046 | 78 | EA | | | | |
| 05/21/07 | INV-33047 | 109 | EA | | | | |
| 05/21/07 | INV-33048 | 165 | EA | | | | |
| 07/16/07 | INV-33529 | 100 | EA | | | | |
| 07/16/07 | INV-33530 | 100 | EA | | | | |
| 07/16/07 | INV-33531 | 100 | EA | | | | |
| 07/16/07 | INV-33529 | 0 | EA | | | | |
| 07/16/07 | INV-33530 | 0 | EA | | | | |
| 07/16/07 | INV-33531 | 0 | EA | | | | |
| 11/07/07 | SCM-000721 | -100 | EA | | | | |
| 11/07/07 | SCM-000722 | -100 | EA | | | | |
| 11/07/07 | INV-34492 | 100 | EA | | | | |
| 11/07/07 | INV-34493 | 100 | EA | | | | |
| | Total    5059 | 763 | EA | | | | |

Total Customer

5059    Splice, Wirelink, for 109 Mess

| 11/01/06 | INV-31418 | 50 | EA | | | | |
|---|---|---|---|---|---|---|---|
| 11/29/06 | INV-31617 | 80 | EA | | | | |
| 03/14/07 | INV-32479 | 150 | EA | | | | |
| 03/10/08 | INV-35297 | 10 | EA | | | | |
| | Total    5059 | 290 | EA | | | | |

Total Customer

5059    Splice, Wirelink, for 109 Mess

| 06/08/06 | INV-30199 | 98 | EA | | | | |
|---|---|---|---|---|---|---|---|
| 06/07/07 | INV-33194 | 1,000 | EA | | | | |
| | Total    5059 | 1,098 | EA | | | | |

EXHIBIT B



CableNetwork Associates, Inc.

Customer/Item Statistics by Invoice

| Customer No.<br>Item Number | Customer Name<br>Product Description | Quantity | Unit of<br>Measure | Amount | Margin | Discount | Profit<br>% |
|---|---|---|---|---|---|---|---|
| ▬▬▬ | Total Customer | | | ▬▬ | ▬▬ | ▬ | ▬ |
| ▬▬▬ | ▬▬▬ | | ▬▬▬▬ | | | | |
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 11/17/08 | INV-31538 | 20 | EA | ▬ | ▬ | ▬ | ▬ |
| | Total    5059 | 20 | EA | ▬ | ▬ | ▬ | ▬ |
| ▬▬▬ | Total Customer | | | ▬ | ▬ | ▬ | ▬ |
| ▬▬▬ | ▬▬▬ | | ▬▬▬ | | | | |
| 5059 | Splice, Wirelink, for 109 Mess | | | | | | |
| 07/20/06 | INV-30559 | 50 | EA | ▬ | ▬ | ▬ | ▬ |
| | Total    5059 | 50 | EA | ▬ | ▬ | ▬ | ▬ |
| ▬▬ | ▬▬▬ | | | ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬▬▬ | | | ▬ | ▬ | ▬ | ▬ |
| | Total Report | | | ▬ | ▬ | ▬ | ▬ |

<u>EXHIBIT B</u>

# EXHIBIT C

06/05/2008  10:21  9543121077          CABLENETWORK                    PAGE  03/03

## TVC Communications

**Remit To:**
TVC Communications, L.L.C.
P.O. Box 933299
Atlanta, GA  31193-3299

### Invoice

| | |
|---|---|
| Invoice Date | : 5/12/2008 |
| Terms | : Net 30 Days |
| Terms of delivery | : PREPAID AND ADD |
| Customer Account # | : 101372 |
| Invoice number | : IV00035352 |
| RMA number | : |
| Purchase Order Number | : 00020436 |
| Your ref. | : |
| Sales order | : SO0024532 |
| Salesperson | : ALOPEZDEME |

Page number ............: 1    of 1

**Sold To:**
CABLE NETWORK ASSOC. INC.
5001 NW 13TH AVENUE
DEERFIELD BEACH, FL 33064·

**Ship To:**
CABLE NETWORK ASSOC
5001 NW 13TH AVE
DEERFIELD BEACH, FL 33064

| Item number | Description | Ordered Qty | Shipped Qty | UM | Unit price | Per | Extension |
|---|---|---|---|---|---|---|---|
| R5058 | DEADEND WIREVISE .102 - .114 | 2,400 | 2,400 | EA | 2.64 | 1 | 6,336.00 |

Quantity : 2,400.00  Shipping warehouse : 600

*FINANCIAL CHARGES OF 1.5 % PER MONTH WILL BE ASSESSED ON EVERY INVOICE THAT IS DUE*

• THIS IS TO CERTIFY THAT ALL ITEMS IN THIS INVOICE ARE TRUE AND CORRECT.

• RETURNS WILL NOT BE ACCEPTED WITHOUT AN INVOICE.

• 20 % RESTOCKING FEE WILL BE CHARGED ON ALL RETURNS ACCEPTED FOR CREDIT.

• NO RETURNS/CREDITS FOR SPECIAL ORDERS.

Tracking Information  Other: Call for tracking info

| Merchandise Value | Misc. charges | Taxable Amount | Sales tax | Total due |
|---|---|---|---|---|
| 6,336.00 | 0.00 | 0.00 | 0.00 | 6,336.00 USD |

Misc. charges details
No charges to display

Sales tax details
No tax to display

For questions regarding this invoice, please call 717-838-3306.

Affirmative Action Notice: vendors and subcontractors are notified that they may be subject to the provisions of 41CFR Section 60-1.4, 41CFR Section 60-250.4 and Section 60-741.4 with respect to affirmative action program and plan requirements.

**SEE TERMS AND CONDITIONS ON REVERSE**

<u>EXHIBIT C</u>                                         *Did not paid*

# EXHIBIT D

MacLean Power Systems - Distributor Locator        Page 1 of 2



# EXHIBIT E



# Product Details

**Wirevise & Wirelink**
**Features:**

Rated to hold a minimum of 90% of RBS of the strand used

**Application:**
For deadend applications with overhead or down guy wire.

"Universal Grade" are recommended for use with Alumoweld, Aluminized, EHS and Galvanized Steel.

"All Grades" are recommended for use on Common Grade, Siemens-Martin, High Strength Utility Grade, Galvanized and Aluminized steel strand.

Brand.................................

Product Line.................:      Hardware
Item Group......................:    Dead Ends & Splices

Product Detail.................:     Click here for more information.

# EXHIBIT F



EXHIBIT F