UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MACLEAN-FOGG COMPANY, a Delaware
Corporation, and MACLEAN POWER, LLC,
a Delaware limited liability company,

   Plaintiffs,
and

NINGBO FASTLINK EQUIPMENT, CO.,  CASE NO: 08 CV 2593
LTD., an Alien company, DAVID ZHANG, an
Alien, CHARLIE JIN, an Alien,  JUDGE GUZMAN
INTERNATIONAL CABLE CORPORATION, MAGISTRATE JUDGE ASHMAN
a Massachusetts corporation, and
CABLE NETWORK ASSOCIATES, INC., a
Florida corporation,

   Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel, J. Michael Wermuth, Esq., shall be unavailable from July 14, 2008 through and including July 30, 2008; and respectfully requests that no hearings or depositions be scheduled during this time; no motions; notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this period of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as approximately required for the above reasons.

Dated: June 23, 2008.

Respectfully submitted,

By: /s/ **J. Michael Wermuth**
J. Michael Wermuth (Fla. Bar No. 50768)
michael@rgmwlaw.com
GONZALEZ & WERMUTH, P.L.
*Attorneys for Defendant*
*Cable Network Associates, Inc.*
8750 N.W. 36 Street, Suite 425
Miami, FL 33178
Tel: (305) 715-7157
Fax: (305) 715-8982