UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MACLEAN-FOGG COMPANY, a Delaware
Corporation, and MACLEAN POWER, LLC,
a Delaware limited liability company,

        Plaintiffs,
and

NINGBO FASTLINK EQUIPMENT, CO.,　　　　　　　　CASE NO: 08 CV 2593
LTD., an Alien company, DAVID ZHANG, an
Alien, CHARLIE JIN, an Alien,　　　　　　　　　　　JUDGE GUZMÁN
INTERNATIONAL CABLE CORPORATION,　　　　　MAGISTRATE JUDGE ASHMAN
a Massachusetts corporation, and
CABLE NETWORK ASSOCIATES, INC., a
Florida corporation,

        Defendants.
_____/

## NOTICE OF MOTION

TO:   Bradley C. Graveline             Dana A. Alden
       Winston & Strawn LLP         The Alden Law Group, LLP
       35 W. Wacker Drive             2122 York Road, Ste. 180
       Chicago, IL 60601               Oak Brook, IL 60523

    PLEASE TAKE NOTICE that on August 1, 2008, at 9:00 a.m. or soon thereafter as this motion may be heard, we shall appear before the Honorable Magistrate Judge Martin C. Ashman, in Room 1386, or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Cable Network Associates, Inc.'s Motion for Dissolution of the *Ex Parte* Temporary Restraining Order and Memorandum of Law in Support of the Motion, with Notice, copies of which are attached hereto.

Respectfully submitted,

/s/ *Ethan A. Berghoff*
Ethan A. Berghoff
One of the Attorneys for Defendant
Cable Network Associates, Inc.

Dated: July 21, 2008

Firm I.D. #28
Ethan A. Berghoff
ethan.a.berghoff@bakernet.com
BAKER & McKENZIE LLP
130 East Randolph Street
Suite 3500
Chicago, Illinois 60601
(312) 861-8000


J. Michael Wermuth (Fla. Bar No. 50768)
michael@rgmwlaw.com
GONZALEZ & WERMUTH, P.L.
8750 N.W. 36 Street, Suite 425
Miami, FL 33178
Tel: (305) 715-7157
Fax: (305) 715-8982

CERTIFICATE OF SERVICE
FOR CASE 1:08-cv-2593

I hereby certify that on July 21, 2008, I electronically filed the foregoing *Notice of Motion*, *Motion for Dissolution of the Ex Parte Temporary Restraining Order*, *Supporting Memorandum of Law* and *Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing, which will automatically be transmitted by e-mail to theh following E-Filers in the case:

- **Robert Joseph Ambrose**
  rambrose@aldenlawgroup.com,skiesling@aldenlawgroup.com

- **Brian D. Fergemann**
  bfergemann@winston.com,ECF_CH@winston.com

- **Bradley C. Graveline**
  bgraveline@winston.com,rbecker@winston.com,rjacobs@winston.com,jpozioupoulos@winston.com,ECF_CH@winston.com

- **Arthur Edward Rosenson**
  arosenson@crzlegal.com,arosenson@cgrlegal.com

- **Milena Jacqueline Spencer**
  mspencer@winston.com

I further certify that on July 21, 2008, I served a copy of the electronically filed documents and certificate of service by mailing to the following party who is not an E-Filer, with proper postage prepaid, before the hour of 5:00 PM:

Dana Andrew Alden
The Alden Law Group LLP
2122 York Road, Suite 180
Oakbrook, IL  60523

                                              *s/ Ethan A. Berghoff*
                                              Ethan A. Berghoff
                                              Attorney for Defendant,
                                              Cable Network Associates, Inc.
                                              BAKER & McKENZIE LLP
                                              130 E. Randolph Drive, Suite 3500
                                              Chicago, IL  60601
                                              Phone: +1 312-861-8000
                                              E-mail:  ethan.a.berghoff@bakernet.com

CHIDMS1/2636699.1