## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MACLEAN-FOGG COMPANY, a Delaware
Corporation, and MACLEAN POWER, LLC,
a Delaware limited liability company,

        Plaintiffs,

and

NINGBO FASTLINK EQUIPMENT, CO.,
LTD., an Alien company, DAVID ZHANG, an
Alien, CHARLIE JIN, an Alien,
INTERNATIONAL CABLE CORPORATION,
a Massachusetts corporation, and
CABLE NETWORK ASSOCIATES, INC., a
Florida corporation,

        Defendants.
_____/

CASE NO: 08 CV 2593

JUDGE GUZMÁN
MAGISTRATE JUDGE ASHMAN

## REVISED NOTICE OF MOTION

TO:    Bradley C. Graveline        Dana A. Alden
           Winston & Strawn LLP      The Alden Law Group, LLP
           35 W. Wacker Drive          2122 York Road, Ste. 180
           Chicago, IL 60601            Oak Brook, IL 60523

      PLEASE TAKE NOTICE that on August 1, 2008, at **10:00 a.m.** or as soon thereafter as this motion may be heard, we shall appear before the Honorable Magistrate Judge Martin C. Ashman, in Room 1386, or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Cable Network Associates, Inc.'s Motion for Dissolution of the *Ex Parte* Temporary Restraining Order and Memorandum of Law in Support of the Motion, with Notice, copies of which were previously filed and served.

Respectfully submitted,

/s/ **_Ethan A. Berghoff_**
Ethan A. Berghoff
One of the Attorneys for Defendant
Cable Network Associates, Inc.

Dated: July 22, 2008


Firm I.D. #28
Ethan A. Berghoff
ethan.a.berghoff@bakernet.com
BAKER & McKENZIE LLP
130 East Randolph Street
Suite 3500
Chicago, Illinois 60601
(312) 861-8000


J. Michael Wermuth (Fla. Bar No. 50768)
michael@rgmwlaw.com
GONZALEZ & WERMUTH, P.L.
8750 N.W. 36 Street, Suite 425
Miami, FL 33178
Tel: (305) 715-7157
Fax: (305) 715-8982

## CERTIFICATE OF SERVICE
## FOR CASE 1:08-cv-2593

I hereby certify that on July 22, 2008, I electronically filed the foregoing *Revised Notice of Motion* and *Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will automatically generate a Notice of Electronic Filing, which will automatically be transmitted by e-mail to the following E-Filers in the case:

- **Robert Joseph Ambrose**
  rambrose@aldenlawgroup.com,skiesling@aldenlawgroup.com

- **Brian D. Fergemann**
  bfergemann@winston.com,ECF_CH@winston.com

- **Bradley C. Graveline**
  bgraveline@winston.com,rbecker@winston.com,rjacobs@winston.com,jpoziopoulos@winston.com,ECF_CH@winston.com

- **Arthur Edward Rosenson**
  arosenson@crzlegal.com,arosenson@cgrlegal.com

- **Milena Jacqueline Spencer**
  mspencer@winston.com

I further certify that on July 22, 2008, I served a copy of the electronically filed *Revised Notice of Motion* and *Certificate of Service* by mailing to the following party who is not an E-Filer, with proper postage prepaid, before the hour of 5:00 PM:

Dana Andrew Alden
The Alden Law Group LLP
2122 York Road, Suite 180
Oakbrook, IL  60523

        s/ *Ethan A. Berghoff*
        Ethan A. Berghoff
        Attorney for Defendant,
        Cable Network Associates, Inc.
        BAKER & McKENZIE LLP
        130 E. Randolph Drive, Suite 3500
        Chicago, IL  60601
        Phone: +1 312-861-8000
        E-mail:  ethan.a.berghoff@bakernet.com

CHIDMS1/2637098.1