## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

MaClean–Fogg Company, et al.

                              Plaintiff,

v.                                                  Case No.: 1:08–cv–02593
                                                    Honorable Ronald A. Guzman

International Cable Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

        MINUTE entry before the Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 8/1/2008. Temporary restraining order is extended in full through 8/15/2008. Preliminary Injunction hearing set for 8/13/2008 at 10:00 AM. Plaintiffs' response to defendant Cable Network Associates, Inc.'s motion for dissolution [32] due by 8/8/2008. Oral argument on defendant Cable Network Associates, Inc.'s motion for dissolution of ex parte temporary restraining order [32] set for 8/13/2008 at 10:00 AM. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.