**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MACLEAN-FOGG COMPANY, a Delaware Corporation, and MACLEAN POWER, LLC, a Delaware Limited Liability Company, | ) ) ) ) | Civil Action No. 08CV2593 |
| Plaintiffs, | ) ) ) | Judge Guzman |
| v. | ) ) | Magistrate Judge Ashman |
| NINGBO FASTLINK EQUIPMENT, CO., LTD., an Alien Company, DAVID ZHANG, an Alien, CHARLIE JIN, an Alien, INTERNATIONAL CABLE CORPORATION, a Massachusetts Corporation, and CABLENETWORK ASSOCIATES, INC., a Florida Corporation, | ) ) ) ) ) ) ) ) ) ) | Jury Demand<br><br>**MOTION FOR ORDER PURSUANT TO FRCP 4(f)(3)** |
| Defendants. | ) ) | |

**MOTION FOR ORDER PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

NOW COMES Plaintiffs, MacLean-Fogg Company and MacLean Power, LLC, (collectively "MacLean"), by their attorneys, and respectfully request this Court to enter an order finding that (1) service by E-mail and facsimile of Defendants Ningbo Fastlink Equipment, Co, LTD., (hereinafter "Ningbo Fastlink"), David Zhang, and Charlie Jin (collectively the "Ningbo Defendants") is proper pursuant to Federal Rules of Civil Procedure (FRCP) 4(f)(3), (2) MacLean's service attempts were reasonably calculated to notify the Ningbo Defendants of the action, and (3) the summons and complaint have been properly served pursuant to FRCP 4(l)(2)(B). In support of its Motion, MacLean states as follows:

1.     MacLean brought suit against the Ningbo Defendants for their using MacLean's trademarks in their website, online materials, E-mail representations, and invoices in

order to sell inauthentic automatic connectors.  See MacLean's Complaint filed on May 6, 2008.

2.     MacLean served the complaint and summons by E-mail on each of the Ningbo Defendants.  David Zhang was E-mailed at: david@fastlink.com.cn, Ningbo Fastlink was E-mailed at nxlj8888@vip.sina.com, and Charlie Jin was E-mailed at CJin@fastlink.com.cn.  See Exhibit 1.  These E-mail addresses were either listed on Ningbo Fastlink's website or were used by the Ningbo Defendants to conduct or solicit business with MacLean.  See Exhibits 2 - 4.

3.     The complaint and summons were also served by fax to the attention of each of the respective Ningbo Defendants at the fax number indicated on Ningbo Fastlink's website: 011-86-574-88486773.  See Exhibit 4 (indicating fax number on website); Group Exhibit 5 (verifying transmission of each fax).

4.     Federal Rule of Civil Procedure 4(h)(2) governs service of corporations, partnerships, or associations not within any judicial district of the United States.  Accordingly, it governs service on Ningbo Fastlink Equipment, Co., Ltd.  The rule permits service in any manner prescribed by FRCP 4(f) except for personal delivery under (f)(2)(C)(i).  Service of individuals in foreign countries is also governed by FRCP 4(f).

5.     Federal Rule of Civil Procedure 4(f)(3) permits service by "means not prohibited by international agreement, as the court orders."

6.     China and the United States are both signatories to the Hague Convention On the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, Nov.

15, 1965, 20 U.S.T. 361, T.I.A.S. No. 6638 (hereinafter the "Hague Convention"). http://travel.state.gov/law/info/judicial/judicial_686.html (last visited September 4, 2008) (noting the ratification of the Hague Convention by China and the United States).

7.    The Hague Convention does not prohibit service by E-mail or fax, see Williams-Sonoma Inc. v. Friendfinder Inc., 2007 WL 1140639 (N.D. Cal. 2007) (granting leave to serve international defendants by E-mail), even though China's objection to Article 10(a) and 10(b) of the Convention prohibits service of Chinese nationals by *postal* channels and by personal service, respectively.  See

http://www.hcch.net/index_en.php?act=status.comment&csid=393&disp=resdn

(providing a translation of China's declarations which contain objections to Article 10).

8.    Under Rule 4(f), a court may order service pursuant to 4(f)(3) irrespective of the availability of alternative methods of 4(f) service.  Rio Properties, Inc. v. Rio Intern. Interlink, 284 F.3d 1007, 1015-16 (9th Cir. 2002) (stating that FRCP 4(f)(3) is "neither a 'last resort' nor 'extraordinary relief' . . . [but] is merely one means among several which enables service of process on an international defendant").

9.    Service through the Central Authority of China pursuant to the Hague Convention is exceedingly expensive, time consuming, and potentially futile.

WHEREFORE, Plaintiff MacLean respectfully requests the entry of an order finding that (1) this Court condones service of the Ningbo Defendants by E-mail and facsimile pursuant to FRCP 4(f)(3), (2) MacLean's efforts to serve the Defendants by E-mail and fax were reasonably calculated to notify them of the cause of action, and (3) this Court, after considering the evidence

presented to it, considers the summons and complaint properly delivered to the Defendants pursuant to FRCP 4(l)(2)(B).

DATED:  September 5, 2008

RESPECTFULLY SUBMITTED,

MACLEAN-FOGG COMPANY and
MACLEAN POWER, LLC

By:      s/ Bradley C. Graveline
         Bradley C. Graveline
         Brian Fergemann
         Robert Jacobs
         Winston & Strawn LLP
         35 West Wacker Drive
         Chicago, IL  60601
         Tel: (312) 558-5600
         Fax: (312) 558-5700
         bgraveline@winston.com

# <u>Exhibit Index</u>

**Exhibit 1:** Proof of E-mail delivery of summons and pleadings to all Ningbo Defendants

**Exhibit 2:** Demonstrated E-mail use in course of business by Charlie Jin of [nxlj8888@vip.sina.com](mailto:nxlj8888@vip.sina.com)

**Exhibit 3:** Demonstrated E-mail use in course of business by David Zhang of [david@fastlink.com.cn](mailto:david@fastlink.com.cn)

**Exhibit 4:** Ningbo Fastlink website indicating contact E-mail of [CJin@fastlink.com.cn](mailto:CJin@fastlink.com.cn) and Fax of 011-86-575-88486773

**Exhibit 5:** Fax verification of successful delivery of summons and complaint to each respective Ningbo Defendant

# Exhibit 1

**Jacobs, Rob M.**

| | |
|---|---|
| **From:** | Jacobs, Rob M. |
| **Sent:** | Tuesday, August 26, 2008 5:31 PM |
| **To:** | 'david@fastlink.com.cn'; 'nxlj8888@vip.sina.com'; 'CJin@fastlink.com.cn' |
| **Cc:** | Graveline, Brad; Fergemann, Brian D.; Jacobs, Rob M. |
| **Subject:** | Service re: MacLean-Fogg Company, et al. v. Ningbo Fastlink Equipmen, Co., LTD., et al. |
| | |
| **Attachments:** | Complaint.pdf; Notice of Claim involving Trademarks.pdf; Application for ex parte TRO against Ningbo Defendants.pdf; Memo in Support of TRO and Seizure.pdf; Appendix to Memo in support of TRO.pdf; TRO.pdf; Summons - Charlie Jin.pdf; Summons - David Zhang.pdf; Summons - Ningbo Fastlink.pdf |

David Zhang, Charlie Jin, and Ningbo Fastlink Equipemtn Co.,

As we have been unable to identify an address at which you are able to receive service, attached please find service documents relating to MacLean-Fogg Company, et al. v. Ningbo Fastlink Equipmen, Co., LTD., et al., Civil Action No. 08CV2593.

      

Complaint.pdf (157 KB)  Notice of Claim involving Trad...  Application for ex parte TRO a...  Memo in Support of TRO and Sei...  Appendix to Memo in support of...  TRO.pdf (63 KB)  Summons - Charlie Jin.pdf (27 ...

 

Summons - David Zhang.pdf (26 ...  Summons - Ningbo Fastlink.pdf ...

# Exhibit 2

**Windows Live™**

## Re: RE:

From: **Charlie Jin** (nxlj8888@vip.163.com)
Sent: Tue 3/11/08 3:51 AM
To: Cable Sales (cablesales@hotmail.com)

I noticed the strandvise's picture on your web site was copied from our web site.

All prices are FOB,Ningbo.

Strandvise:(Part # could be found on :http://www.macleanpower.com/products/item.asp?ITEM_ID=1585)
5100:  $3.38
5101:  $3.56
5102:  $4.58

5199 : $3.20
5200 : $3.67
5201 : $4.86
5202 : $6.08
5203 : $11.26

Strandlink :(Part # could be found on http://www.macleanpower.com/products/item.asp?ITEM_ID=2353)
5000 : $3.38
5001 : $3.56
5002 : $4.58

5039 : $3.20
5040 : $3.67
5041 : $4.86
5042 : $6.08
5043 : $11.26

Wirevise : (Part # could be found onhttp://www.macleanpower.com/products/item.asp?ITEM_ID=1590)
5056 : $1.20
5058 : $1.20
5062 : $1.36

Wirelink :(Part # could be found onhttp://www.macleanpower.com/products/item.asp?ITEM_ID=1590)
5057 : $1.20
5059 : $1.20
5063 : $1.36

Thanks
Charlie

----- Original Message -----
**From:** Cable Sales
**To:** Charlie Jin
**Sent:** Sunday, March 09, 2008 10:23 PM
**Subject:** RE:

Dear Charlie,

Thank you for your response. We have listed our website below for more information regarding us, Midwest Fastener Supply.  We are interested in buying the power cable supplies listed below: Wirevise, Wirelink, Strandvise, and Strandlink.

www.midwestfastenersupply.com

If you could provide a quote on orders of 1000 each, and also, when they would be available.

Thank you,

Midwest Fastener Supply Management

---

From: nxlj8888@vip.sina.com
To: cablesales@hotmail.com
Subject: Re:
Date: Fri, 7 Mar 2008 12:58:41 +0800

Dear Sirs,

Thanks for your interesting in our products.

Would you please tell me your company and your web site ?

Thanks
Charlie

----- Original Message -----
**From:** Cable Sales
**To:** nxlj8888@vip.sina.com
**Sent:** Friday, March 07, 2008 12:27 PM

Dear Sir:

We are interested in buying Wirevise, Wirelink, Strandvise, and Strandlinks.

How much would each cost FOB Bartlett, Illinois?

We would like to buy in lots of 1000 each.

---

Connect and share in new ways with Windows Live. Get it now!

---

Need to know the score, the latest news, or you need your Hotmail®-get your "fix". Check it out.

# Exhibit 3

—— Original Message ——
**From:** david
**To:** IRA GREENBERG
**Cc:** Kevin ; David Green
**Sent:** Thursday, March 08, 2007 10:26 PM
**Subject:** Re: PO#18388 20000pcs 5058 payment.

Kevin:

I am very appologized hearing this problem .  We don't know the " wirevise,and wirelin
trademark of Maclean Power.
We always think the "wirevise and link" just is the name of this product!!
So , We have decided to remove the wirevise and wirelink from our pack
and use the " Minivise and Minilink" as the name.
I want to know which name do you want to use?  please let me know.

About the payment of PO18388. I hope you can clean it earlier!

Best Regards!

David.

_____

david
2007-03-09

_____

·¢¼½þÈÈ£°  IRA GREENBERG
·¢ÈÎ̀±¼ä£°  2007-02-28 22:03:09
ÊÕ¼½þÈÈ£°  david@fastlink.com.cn
³Ë£ô°  Kevin; David Green
Ö÷Ìâ£°  PO#18388 20000pcs 5058 payment.

David,

On the day we had realized that we had not paid for the last order of 20,000–5058s, Federal Marsha
Police and lawyers representing MacLean Power systems raided our company and seized 27,000- {

7/10/2007

CONFIDENTIAL                                                 QCE - 00018

·¢ËÍÈ±¼ä£º 2007-02-28 22:03:09
ÊÕ¼þÈË£º david@fastlink.com.cn
³ËÍ£º Kevin; David Green
Ö÷Ìâ£º PO#18388 20000pcs 5058 payment.

David,

On the day we had realized that we had not paid for the last order of 20,000—5058s, Federal Mar
Police and lawyers representing MacLean Power systems raided our company and seized 27,00
and have frozen the 20,000—5059s that we purchased from Ningbo.

Their claim is that the 5058s and 5059s infringe upon trademark protected names of Wirevise an
We have already paid our lawyers $25,000 to work on this case and attempt to recover this prope
likelyhood of recovering these items is very uncertain.

We would like to continue to sell these products, but, it seems likely that both the product numbe
5059) and the names (wirevise and wirelink) will need to be removed from the product and the pa
materials.

Pending resolution of these legal matters we intend to pay for the product and reorder with the ch
above.

Ira Greenberg

----- Original Message -----
From: Kevin Brown
To: Ira Greenberg
Sent: Wednesday, February 28, 2007 8:41 AM
Subject: Fw: Re: Re: PO#18388 20000pcs 5058 payment.


----- Original Message -----
From: david
To: Kevin Brown
Sent: Wednesday, February 28, 2007 1:17 AM
Subject: Re: Re: Re: PO#18388 20000pcs 5058 payment.

Kevin:

Our account have not received your payment by now.
Please send me your Remit Copy for my checking.

Thanks

David.

_____

david
2007-02-28
_____
·¢¼þÈË£º Kevin Brown
·¢ËÍÈ±¼ä£º 2007-02-13 22:21:42
ÊÕ¼þÈË£º david
³ËÍ£º
Ö÷Ìâ£º Re: Re: PO#18388 20000pcs 5058 payment.

David,

CONFIDENTIAL

QCE - 00019

7/10/2007

# Exhibit 4

< <



ENGLISH                    Home| About us | Products | New products | How to fix | Certificate | Contact us

产品目录

▶ **NXL-Dead end and NXL-Splice**
  ▸ **NXL-Splice**
  ▸ **NXL-Dead end**
▶ **NXL-vise and NXL-link**
  ▸ **NXL-vise-L**
  ▸ **NXL-link**
  ▸ **Wirelok**
  ▸ **Fastlink(gripple)**
  ▸ **NXL-vise**
▶

## Contact us

**NINGBO FASTLINK EQUIPMENT CO.,LTD.**

■ Email Enter■



|  |  |
|---|---|
| Add: | Tiantong,Wuxiang,Yinzhou,Ningbo,Zhejiang,China |
| P.C.: | 315111 |
| General Manager: | Charlie Jin |
| Tel/Fax: | 86-574-88486773 |
| Cell: | 13805864339 |
| E-mail: | CJin@fastlink.com.cn |

|  |  |
|---|---|
| Simon Wu | |
| Tel: | 86-574-88485773 |
| Fax: | 86-574-88486773 |
| Cell: | 13646681266 |
| E-mail: | simonwunxl@vip.163.com |

Copyright© Ningbo Fastlink Equipment Co.,Ltd.

<
<

# Exhibit 5

**Jacobs, Rob M.**

| | |
|---|---|
| **From:** | Jackson, Bobbie |
| **Sent:** | Tuesday, August 26, 2008 11:49 PM |
| **To:** | Jacobs, Rob M. |
| **Subject:** | FW: Your fax has been successfully sent to Charlie Jin at 0118657488486773. |

Hi Rob,

This is the Summons doc. fax send sucessfully.

Thanks for using the Business Center.

Bobbie Jackson
Document Technical Specialist

-----Original Message-----
From: RightFax E-mail Gateway
Posted At: Tuesday, August 26, 2008 7:12 PM
Posted To: Inbox
Conversation: Your fax has been successfully sent to Charlie Jin at 0118657488486773.
Subject: Your fax has been successfully sent to Charlie Jin at 0118657488486773.


Your fax has been successfully sent to Charlie Jin at 0118657488486773.
------------------------------------------------------------
From: Rob Jacobs
------------------------------------------------------------
Time: 8/26/2008 6:27:13 PM
Sent to 0118657488486773 with remote ID ""
Result: (0/325;0/0) Remote end was ringing but did not answer
Page record: NONE SENT
Elapsed time: 00:46 on channel 4
------------------------------------------------------------
Time: 8/26/2008 6:36:57 PM
Sent to 0118657488486773 with remote ID ""
Result: (0/325;0/0) Remote end was ringing but did not answer
Page record: NONE SENT
Elapsed time: 00:46 on channel 0
------------------------------------------------------------
Time: 8/26/2008 6:47:15 PM
Sent to 0118657488486773 with remote ID ""
Result: (0/301;0/0) Busy signal detected
Page record: NONE SENT
Elapsed time: 00:20 on channel 3
------------------------------------------------------------
Time: 8/26/2008 6:57:01 PM
Sent to 0118657488486773 with remote ID ""
Result: (0/301;0/0) Busy signal detected
Page record: NONE SENT
Elapsed time: 00:20 on channel 6
------------------------------------------------------------

Time: 8/26/2008 7:07:13 PM
Sent to 0118657488486773 with remote ID "057488486773"
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 01:24 on channel 1

**Jacobs, Rob M.**

| | |
|---|---|
| **From:** | Diaz, Elis M. |
| **Sent:** | Friday, September 05, 2008 6:18 PM |
| **To:** | Jacobs, Rob M. |
| **Cc:** | BusinessCenter |
| **Subject:** | Fax Confirmation |

6:19 PM 8/26/2008 Transmission Record
 Sent to: DAVID ZHANG
 Phone: 0118657488486773
 Billing information: ", "
 Remote ID:
 Unique ID: "DAN48B44940912A"
 Elapsed time: 0 minutes, 46 seconds.
 Used channel 2 on server "WSCHRF01".
 No ANI data.
 No AOC data.
 Resulting status code (0/325; 0/0): Ringing, no answer
 No pages sent.

6:29 PM 8/26/2008 Transmission Record
 Sent to: DAVID ZHANG
 Phone: 0118657488486773
 Billing information: ", "
 Remote ID: 057488486773
 Unique ID: "DAN48B44940912A"
 Elapsed time: 1 minutes, 22 seconds.
 Used channel 3 on server "WSCHRF01".
 No ANI data.
 No AOC data.
 Resulting status code (0/339; 0/0): Success
 Pages sent: 1 - 2

6:36 PM 8/26/2008 View Record
 Viewed by:  DANDRICH

6:38 PM 8/26/2008 Forward Record
 Forwarded from DANDRICH to RJACOBS
 Notes: FYI:  Copy of fax Summons to David Zhang, forwarded by D. Andrich, Business Center (others
 to follow)

6:14 PM 9/5/2008 View Record
 Viewed by:  DAndrich

6:16 PM 9/5/2008 View Record
 Viewed by:  DANDRICH

9/5/2008

**Elis M. Diaz**
**Business Center Coordinator - Evening**

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
T: +1 (312) 558-5925
F: +1 (312) 558-5700

vcard | email | www.winston.com



**Jacobs, Rob M.**

| | |
|---|---|
| **From:** | Evans, Purita L. |
| **Sent:** | Wednesday, August 27, 2008 12:07 AM |
| **To:** | Jacobs, Rob M. |
| **Cc:** | BusinessCenter |
| **Subject:** | FW: Your fax has been successfully sent to Ningbo Fastlink Equipment, Co., LTD. at 011-86-574-88486773. |

This is for the Summons to Ningbo.

Thank you,
Rita

-----Original Message-----
From: RightFax E-mail Gateway
Posted At: Tuesday, August 26, 2008 11:59 PM
Posted To: Inbox
Conversation: Your fax has been successfully sent to Ningbo Fastlink Equipment, Co., LTD. at 011-86-574-88486773.
Subject: Your fax has been successfully sent to Ningbo Fastlink Equipment, Co., LTD. at 011-86-574-88486773.


Your fax has been successfully sent to Ningbo Fastlink Equipment, Co., LTD. at 011-86-574-88486773.
------------------------------------------------------------
From: Robert M. Jacobs
------------------------------------------------------------
Time: 8/26/2008 11:23:56 PM
Sent to 011-86-574-88486773 with remote ID ""
Result: (0/325;0/0) Remote end was ringing but did not answer
Page record: NONE SENT
Elapsed time: 00:46 on channel 2
------------------------------------------------------------
Time: 8/26/2008 11:33:59 PM
Sent to 011-86-574-88486773 with remote ID ""
Result: (0/325;0/0) Remote end was ringing but did not answer
Page record: NONE SENT
Elapsed time: 00:46 on channel 1
------------------------------------------------------------
Time: 8/26/2008 11:43:53 PM
Sent to 011-86-574-88486773 with remote ID ""
Result: (0/325;0/0) Remote end was ringing but did not answer
Page record: NONE SENT
Elapsed time: 00:46 on channel 4
------------------------------------------------------------
Time: 8/26/2008 11:54:03 PM
Sent to 011-86-574-88486773 with remote ID "057488486773"
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 01:14 on channel 7

JOB #170

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 8/27 | 10:20A | 90118657488486773 | G3--S | 03′58″ | 014 | OK  LI |

# WINSTON & STRAWN LLP

35 W. WACKER DRIVE, CHICAGO IL 60601-9703
TELEPHONE: 312-558-5600     FACSIMILE: 312-558-5700

| 200 PARK AVENUE NEW YORK, NY 10166-4193 212-294-6700 | 1700 K STREET, N.W. WASHINGTON, DC 20006-3817 202-282-5000 | 38th FLOOR, 333 SOUTH GRAND AVE LOS ANGELES, CA 90071-1543 213-615-1700 | 101 CALIFORNIA STREET SAN FRANCISCO CA 94111-5894 415-591-1000 | 43 RUE DU RHONE 1204 GENEVA, SWITZERLAND 41 22 317 75 75 | 21 AVENUE VICTOR HUGO 75116 PARIS, FRANCE 33-1 53 64 82 82 | BUKK, CROSSART HOUSE 3 GULLS VICTORIA STREET LONDON, ENGLAND EC4N 6HH 44 020 7420-0000 |

## Fax Number: 312-558-5700

FROM:     Robert Jacobs

DATE:     8/27/2008

CLIENT-MATTER NO.:

### Please Deliver as Soon as Possible To:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Ningbo Fastlink Equipment, Co., LTD. | | 011-86-574-88486773 | |

Total number of pages including this page:

**COMMENTS**

Re: MacLean-Fogg Company, et al. v. Ningbo Fastlink Equipment Committee., et al. – Service of Complaint to Ningbo Fastlink Equipment, Co., LTD.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
312-558-5948

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____
                                                                    No: ____

CHI:2140393.1

** JOB STATUS REPORT **                    AS OF  AUG 27 2008 10:20 AM  PAGE. 01

JOB #169

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 8/27 | 10:15A | 90118657488486773 | G3--S | 04' 05" | 014 | OK  L1 |

# WINSTON & STRAWN LLP

35 W. WACKER DRIVE, CHICAGO IL 60601-9703
TELEPHONE: 312-558-5600    FACSIMILE: 312-558-5700

Fax Number: 312-558-5700

**FROM:** Robert Jacobs

**CLIENT-MATTER NO.:**

**DATE:** 8/27/2008

### Please Deliver as Soon as Possible To:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | David Zhang | | 011-86-574-88486773 | |

Total number of pages including this page:

**COMMENTS**
Re:  MacLean-Fogg Company, et al. v. Ningbo Fastlink Equipment Committee., et al. – Service of Complaint to David Zhang.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.**
**THANK YOU.**
**312-558-5948**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____  No: ____

CHI:2140388.1

** JOB STATUS REPORT **                    AS OF  AUG 27 2008 10:14 AM  PAGE. 01

JOB #168

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 8/27 | 10:09A | 90118657488486773 | G3--S | 04′07″ | 014 | OK |

# WINSTON & STRAWN LLP

35 W. WACKER DRIVE, CHICAGO IL 60601-9703
TELEPHONE: 312-558-5600    FACSIMILE: 312-558-5700

| 200 Park Avenue | 1700 K Street, N.W. | 38th Floor, 333 South Grand Ave | 101 California Street | 43 Rue Du Rhône | 21 Avenue Victor Hugo | Peckalshaw House |
|---|---|---|---|---|---|---|
| New York, NY 10166-4193 | Washington, DC 20006-3817 | Los Angeles, CA 90071-1543 | San Francisco CA 94111-5894 | 1204 Geneva, Switzerland | 75116 Paris, France | 3 Olwen Victoria Street |
| 212-294-6700 | 202-282-5000 | 213-615-1700 | 415-591-1000 | 41 22-317-75-75 | 33-1-53-64-82-82 | London, England EC4M 8NH |
| | | | | | | 44 020-7428-0000 |

Fax Number: 312-558-5700

FROM:    Robert Jacobs

DATE:    8/27/2008

CLIENT-MATTER NO.:

### Please Deliver as Soon as Possible To:

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | Charlie Jin | | 011-86-574-88486773 | |

Total number of pages including this page:

COMMENTS
Re: MacLean-Fogg Company, et al. v. Ningbo Fastlink Equipment Committee., et al. – Service of Complaint to Charlie Jin.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
312-558-5948

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____  No: _____

CH12140384.1